T. S. AMIDON and Others, Respondents, v. DAVID MALTMAN, Defendant, Impleaded with LYTTLETON B. P. GOULD and Others, Partners Trading as GOULD, AVERY & Co., Appellants.— Order unanimously modified so as to provide that plaintiffs pay the charges and expenses of the commission and of the stenographer on execution of the commission and that each party pay his own traveling expenses and attorney's fees. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

ISIDOR BREGOFF, Respondent, v. ABNER J. RUBIEN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

BIRN FACTORS CORP., Appellant, v. IRIS SMITH and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES RICHEL, Appellant, against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Created by Chapter 503 of the Laws of 1916, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GISELDA G. C. MANCINI, Respondent, v. BERNARD JACOBY, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of HERMAN WALLER, Petitioner, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

UNITED SPIRIT & WINE IMPORT CORPORATION, Appellant, v. STERLING NATIONAL BANK & TRUST COMPANY, Respondent.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are issues of fact to be tried. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HAZEL WILLIAMS and ALBERT WILLIAMS, Appellants, v. GUSSIE SEIDEN, Respondent.— Judgment unanimously reversed, with costs, and the verdict reinstated. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JACK NAPLES, Respondent, v. ADDIE CO., INC., SHARBU OPERATING CORP., ROBINSON OPERATING CO., INC., and WILLIAM BRANDT, Appellants.— The judgment and order appealed from should be reversed in so far as the said judgment and order grant plaintiff's motion for partial summary judgment as there are issues of fact which must await trial. For that reason also, defendants' cross-motion for summary judgment should be in all respects denied except as to the motion of defendant William Brandt to dismiss the second cause of action in the amended complaint against the defendants Addie Co., Inc., and Sharbu Operating Corp., which latter motion was granted as a matter of law and plaintiff does not appeal. As so modified the order and judgment appealed from should be affirmed, with twenty dollars costs and disbursements to the appellants. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.